# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

### BEFORE THE HONORABLE BRADLEY W. RATH

### INITIAL APPEARANCE/ARRAIGNMENT

| | | | |
|---|---|---|---|
| Case Number: | 1:24-cr-00024-HSO-BWR | UNITED STATES vs. Rhodes et al. | |
| Hearing Date: | 4/2/2024 | Time In and Out: | 9:08 am to 9:20 am |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Darius Morrico Rhodes | Defendant's Counsel: | Leilani Tynes |
| AUSA: | Hunter McCreight | Pretrial/Probation: | Sandra Doll/Raven Sterling |
| Interpreter: | N/A | DUSMs: | Bill Markopoulos/Dominique Kendrick |
| CSO: | Elfren Acosta | | |

**PROCEEDINGS**

- ☒ Defendant sworn
- ☒ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant waives reading of the Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Discovery Order entered
- ☒ Order Regarding Brady Disclosures acknowledged
- ☒ Trial Date: May 13, 2024 before District Judge Halil S. Ozerden

**Custody Status**

- ☒ Government seeking detention.
- ☒ Defendant remanded to custody of United States Marshal's Service — Order of Detention entered.
- ☒ Defendant waived detention hearing.
- ☐ Conditions

**Other**

- ☐